### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

LITTLE CAESAR ENTERPRISES, INC.
and LC TRADEMARKS, INC.,

       Plaintiffs,

v.                                   Case No. 11-14996

K&M PIZZA LLC, et al.,

       Defendants.

_____/

### ORDER OF VOLUNTARY DISMISSAL

      Plaintiff initiated this action on November 11, 2011, and Defendants have yet to answer the complaint or file any motions.  On February 7, 2012, Plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Although Plaintiff's notice effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity.  Accordingly,

      IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).


                         s/Robert H. Cleland_____
                         ROBERT H. CLELAND
                         UNITED STATES DISTRICT JUDGE

Dated:  February 8, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 8, 2012, by electronic and/or ordinary mail.

  s/Lisa Wagner

Case Manager and Deputy Clerk
(313) 234-5522